## OPINIONS PER CURIAM, ETC., FROM OCTOBER 14, 1907, TO JANUARY 6, 1908.

No. 14. GALBAN AND COMPANY, APPELLANTS, *v.* THE UNITED STATES. Appeal from the Court of Claims. Submitted October 15, 1907. Decided October 21, 1907. *Per Curiam.* Judgment affirmed. *Nealy* v. *Henkel,* 180 U. S. 109; *Pearcy* v. *Stranahan,* 205 U. S. 257, and cases cited. See opinion below, 40 C. Cl. 495. *Mr. Barry Mohun, Mr. W. W. Dudley* and *Mr. L. T. Michener* for appellants. *The Attorney General* and *Mr. Assistant Attorney General Van Orsdel* for appellee.

---

No. —, Original. *Ex parte:* IN THE MATTER OF THOMAS B. CLEMENT, PETITIONER. Submitted October 14, 1907. Decided October 21, 1907. Motion for leave to file petition for writ of mandamus denied. *Mr. George N. Baxter* for petitioner. *The Attorney General* opposing.

---

No. 260. CLARK WOODARD SPRAGUE, SOLE SURVIVING EXECUTOR, ETC., PLAINTIFF IN ERROR, *v.* JACOB BETZ ET UX. In error to the Supreme Court of the State of Washington. Motion to dismiss submitted October 21, 1907. Decided October 28, 1907. *Per Curiam.* Dismissed for the want of jurisdiction. *New Orleans Waterworks Company* v. *Louisiana,* 185 U. S. 336; *Newburyport Water Company* v. *Newburyport,* 193 U. S. 561; and see *Thomas* v. *Provident Loan and Trust Company,* 138 Fed. Rep. 348; *S. C.,* 200 U. S. 618. Case below, 87 Pac. Rep. 916. *Mr. Charles S. Fogg* for plaintiff in error. *Mr. John F. Shafroth* for defendants in error.